UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENOIT BROOKENS,<br>460 Taylor Street, NE, Apt. G-44,<br>Washington, D.C. 20017,<br><br>    Plaintiff,<br><br>    v.<br><br>ELAINE CHAO, SECRETARY,<br>U.S. DEPARTMENT OF LABOR,<br>200 Constitution Avenue, NW,<br>Washington, D.C. 20250,<br><br>    Defendant. | Civil Action No.  08-0086 (ESH) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Alan Burch, Assistant U.S. Attorney, as counsel for Defendant.

Respectfully submitted,

/s/
ALAN BURCH, D.C. BAR #470655
Assistant U.S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February 2008, I caused the foregoing Notice of Appearance to be served on plaintiff, *pro se*, via First Class US Mail addressed as follows:

BENOIT BROOKENS
460 Taylor Street, NE Apt. G-44
Washington, D.C. 20017

and

BENOIT BROOKENS
P.O. Box 2551
Washington, D.C. 20001

 

_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530