UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____<br><br>BENOIT BROOKENS,<br><br>        Plaintiff,<br><br>        v.<br><br>ELAINE L. CHAO,<br>Secretary, Department of Labor<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 08-0086 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S FIRST MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Elaine L. Chao, Secretary, United States Department of Labor, respectfully

requests six additional business days in which to file her answer or otherwise respond to the

Complaint in this case.  The current deadline is tomorrow, April 28, 2008, and Defendant

requests a new deadline of Monday, April 7, 2008.  As recently as yesterday, it appeared that

Defendant would able to file a dispositive motion by the current deadline, but it now appears that

additional information will need to be obtained from the agency and, unfortunately, the primary

agency counsel is now out of the office today and will not return until next week.  Defendant

believes that preparation and filing of the dispositive motion will permit a much more efficient

resolution of the case, and so it serves judicial economy to grant this request.

Undersigned counsel notes that Local Rule 7(m) does not require contact with *pro se*

parties for nondispositive motions.  Nevertheless, it is the practice of this Office to attempt to

make such contact where feasible.  Here, however, the docket sheet does not list Plaintiff's phone

number and contact by mail would not likely be quick enough to succeed prior to the deadline.

Defendant notes that this her first motion to extend this deadline, the extension is only a few

days, and Plaintiff should not be prejudiced by the brief delay.  A proposed order is attached.


March 27, 2008                                Respectfully submitted,


                                        _____
                                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                                        United States Attorney

                                          /s/
                                        _____
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                          /s/
                                        _____
                                        ALAN BURCH, D.C. Bar # 470655
                                        Assistant United States Attorney
                                        555 4th St., N.W.
                                        Washington, D.C. 20530
                                        (202) 514-7204
                                        alan.burch@usdoj.gov



OF COUNSEL:
Rolando Valdez
Office of the Solicitor
U.S. Department of Labor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| BENOIT BROOKENS, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|     v. | )    Civil Action No. 08-0086 (ESH) |
| | ) |
| ELAINE L. CHAO, | ) |
| Secretary, Department of Labor | ) |
| | ) |
|         Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of Defendant's First Motion to Enlarge Time to File Answer

or Otherwise Respond to Complaint, and the entire record herein, it is hereby:

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that the deadline for Defendant to file her answer or other

response to the Complaint is hereby extended to April 7, 2008.

So ordered this _____ day of March, 2008.


_____
ELLEN S. HUVELLE
United States District Judge