UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENOIT BROOKENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0086 (ESH) |
| ) | |
| ELAINE L. CHAO, ) | |
| Secretary, Department of Labor ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SECOND MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Elaine L. Chao, Secretary, United States Department of Labor, respectfully requests seventeen additional days in which to file her answer or otherwise respond to the Complaint in this case.  The current deadline is Monday, April 7, 2008, and Defendant requests a new deadline of Thursday, April 24, 2008.  This is Defendant's second request to enlarge this deadline.  Since Defendant's first request, which sought only a week and a half, undersigned counsel's time has been taken up by several appellate matters and unexpected family matters, including minor illnesses at home (both undersigned and his family).  These have put this case's deadline in conflict with the approaching due dates of two appellate briefs in cases before the D.C. Circuit.

Accordingly, Defendant requests until a week past the second of the two appellate deadlines, in order to reduce the likelihood that further requests will be necessary.  Counsel regrets the need for this second request so quickly on the heels of the first one, but notes that the total time requested in the two requests is less than a month.  It should be noted that the agency is

working well to provide consultation and materials, and that the delay this time is due to undersigned counsel.

Defendant continues to believes that preparation and filing of the dispositive motion will permit a much more efficient resolution of the case, and so it serves judicial economy to grant this request.

As explained in the first motion, Local Rule 7(m) does not require counsel to confer with *pro se* parties for nondispositive motions. Although it is the practice of this Office to attempt to make such contact where feasible, here, however, the docket sheet does not list Plaintiff's phone number and contact by mail would not likely be quick enough to succeed prior to the deadline. Plaintiff should not be prejudiced by the brief delay. A proposed order is attached.

April 3, 2008                                    Respectfully submitted,

                                                 JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                 United States Attorney

                                                   /s/
                                                 RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                 Assistant United States Attorney

                                                   /s/
                                                 ALAN BURCH, D.C. Bar # 470655
                                                 Assistant United States Attorney
                                                 555 4th St., N.W.
                                                 Washington, D.C. 20530
                                                 (202) 514-7204
                                                 alan.burch@usdoj.gov

OF COUNSEL:
Rolando Valdez
Office of the Solicitor
U.S. Department of Labor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENOIT BROOKENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, )<br>Secretary, Department of Labor )<br>)<br>Defendant. )<br>) | Civil Action No. 08-0086 (ESH) |

**ORDER**

UPON CONSIDERATION of Defendant's Second Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby:

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that the deadline for Defendant to file her answer or other response to the Complaint is hereby extended to April 24, 2008.

So ordered this _____ day of April, 2008.

_____
ELLEN S. HUVELLE
United States District Judge