# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

BENOIT BROOKENS                              *

    Plaintiff                      *

  v.                                   * Civil Action No. 08-0086 (ESH)

           *

ELAINE L. CHAO
Secretary, U.S. Department of Labor          *

    Defendant                    *

_____      *

## NOTICE OF APPEARANCE

To The Clerk of this court and all parties of record:

  Please enter the appearance of Boniface K. Cobbina  as counsel in this case for

Plaintiff Benoit Brookens.

       Respectfully Submitted,

       ___/s/ B.K. Cobbina_____
       Boniface K. Cobbina, Esquire
       DC Bar No. 347757
       1150 Connecticut Avenue, NW
       Suite 900
       Washington, DC 20036
       202-463-6900
       Bkc215@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served electronically on Alan Burch, Esquire, counsel for the defendant, at alan.burch@usdoj.gov this 22nd day of May, 2008.


 /S/ B.K. Coobbina_____
Boniface K. Cobbina