# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| BENOIT BROOKENS | * |
| Plaintiff | * |
| v. | * Civil Action No. 08-0086 (ESH) |
| | * |
| ELAINE L. CHAO<br>Secretary, U.S. Department of Labor | * |
| Defendant | * |

_____ *

## MOTION FOR EXTENSION OF TIME

Plaintiff Benoit Brookens by and through respectfully moves the Court to extend until July 2, 2008 the date for a filing a response to the motion to dismiss or in the alternative for summary judgment filed by the defendant and in support thereof relies on the Memorandum of Points and Authorities attached hereto.

Respectfully Submitted,

 /s/ B. K. Cobbina
Boniface K. Cobbina, Esquire
DC Bar No. 347757
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
202-463-6900
Bkc215@gmail.com

## MEMORANDUM OF IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Undersigned counsel entered his appearance in the case on behalf of the plaintiff today and he needs the additional time to prepare a response worthy of the case for the consideration of the Court. The Plaintiff would at this time request the Court to extend until July 2, 2008 the date for filing a response to defendant's motion to dismiss or in the alternative for summary judgment.

The Plaintiff has sought the consent of the defendant to the motion and AUSA Alan Burch does not oppose it.

WHEREFORE the Plaintiff respectfully requests that the motion be granted.

Respectfully Submitted,

__/s/ B.K. Cobbina_____
Boniface K. Cobbina, Esquire
DC Bar No. 347757
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
202-463-6900

bkc215@gmail.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I caused a copy of the foregoing motion for extension of time to be served electronically on Alan Burch, Esquire, counsel for the defendant, at [alan.burch@usdoj.gov](mailto:alan.burch@usdoj.gov) this 22nd day of May, 2008.

                                                    ____/s/ B.K. Cobbina_____
                                                    Boniface K. Cobbina