## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

BENOIT BROOKENS                      *

                Plaintiff           *

     v.                             * Civil Action No. 08-0086 (ESH)

                                     *

ELAINE L. CHAO                       *
Secretary, U.S. Department of Labor   *

             Defendant          *

_____  *

## <u>MOTION FOR ADDITIONAL  TIME</u>

      Plaintiff Benoit Brookens by and through respectfully moves the Court for

additional ten(10) days until July 14, 2008  for him to file his response to the motion to

dismiss or in the alternative for summary judgment filed by the defendant and in support

thereof relies on the Memorandum of Points and Authorities attached hereto.


                        Respectfully Submitted,

                        _/s/ B. K. Cobbina_____
                        Boniface K. Cobbina, Esquire
                        DC Bar No. 347757
                        1150 Connecticut Avenue, NW
                        Suite 900
                        Washington, DC 20036
                        202-463-6900
                        Bkc215@gmail.com

## <u>MEMORANDUM OF IN SUPPORT OF PLAINTIFF'S MOTION FOR ADDITIONAL TIME  FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT</u>

The Plaintiff is mindful that the Court in granting his previous request for an extension of time stated that there will be no further continuances but he is constrained to make this request.  The Plaintiff had been representing himself in several different cases in different fora including the agency and the U.S. Equal Employment Opportunity Commission. The Plaintiff has been attempting to cull the factual information forming the basis for the different actions and, while he has made substantial progress in that regard, a short continuance is needed to complete and file the response. This request is not dilatory  and a short continuance through Monday, July 14, 2008 will suffice.

The Plaintiff has attempted to obtain the consent of the United States to this motion  and  AUSA Alan Burch  has advised counsel that he will not take a position on the motion.

WHEREFORE the Plaintiff respectfully requests that the motion be granted.

Respectfully Submitted,

__/s/ B.K. Cobbina_____
Boniface K. Cobbina, Esquire
DC Bar No. 347757
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
202-463-6900

bkc215@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing motion for extension of time

to be served electronically on Alan Burch, Esquire, counsel for the defendant, at

alan.burch@usdoj.gov this 2nd day of July, 2008.


_____/s/ B.K. Cobbina_____
Boniface K. Cobbina