## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————

BENOIT BROOKENS                          *

             Plaintiff               *

     v.                              * Civil Action No. 08-0086 (ESH)

                                                    *

ELAINE L. CHAO
Secretary, U.S. Department of Labor     *

             Defendant               *

———————————————————  *

## SUPPLEMENTAL MEMORANDUM  IN OPPOSITION TO MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

The Plaintiff by and though counsel respectfully submits this memorandum  to supplement his Opposition to Motion to Dismiss or, in the alternative, for Summary Judgment and in support thereof states the following:

1. The Plaintiff was unable to complete the supporting documents yesterday (7/8/08)  but filed the memorandum itself consistent with the Court's order.

2. This supplement includes the supporting exhibits as well as the statement of material facts for which there exist genuine issues to be litigated.

3. The Plaintiff will be certain to make timely filings and would state that this supplemental filing allows the Court to consider the Defendant's  motion on its merits.

Respectfully Submitted,

 /s/ B. K. Cobbina
Boniface K. Cobbina, Esquire
DC Bar No. 347757
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
202-463-6900
Bkc215@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing Supplemental memorandum with its attachments to be served electronically on Alan Burch, Esquire, counsel for the defendant, at <u>alan.burch@usdoj.gov</u> this 9th day of  July, 2008.


_____/s/ B.K. Cobbina_____
Boniface K. Cobbina

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

BENOIT BROOKENS                    *

    Plaintiff            *

  v.                              * Civil Action No. 08-0086 (ESH)

          *

ELAINE L. CHAO                     *
Secretary, U.S. Department of Labor    *

    Defendant            *

_____    *

### STATEMENT OF GENUINE ISSUES SETTING FORTH ALL MATERIAL FACTS AS TO WHICH IT IS CONTENDED THERE EXISTS A GENUINE ISSUE NECESSARY TO BE LITIGATED

  The Plaintiff hereby states his statement of genuine issues setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated:

1. The Plaintiff is eligible for GS-15 and GS-14 under the positions under the delegated examining authority or process. See Plaintiff's Declaration (Exhibit 1) paragraphs 2, 3 and 4; also see Plaintiff's Proposed First Amendment for Damages, paragraphs 9 and 12.

        Respectfully Submitted,

         /s/ B. K. Cobbina_____
        Boniface K. Cobbina, Esquire
        1150 Connecticut Avenue, NW, Suite 900
        Washington, DC 20036
        202-463-6900
        Bkc215@gmail.com

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENOIT BROOKENS         *

           Plaintiff      *

     v.         * Civil Action No. 08-0086 (ESH)

          *

ELAINE L. CHAO
Secretary, U.S. Department of Labor    *

         Defendant     *

             *

## DECLARATION OF PLAINTIFF BENOIT BROOKENS

Pursuant to 28 U.S.C. § 1746, I hereby declare under the penalty of perjury that the following facts and things set forth herein are known to me of my own personal knowledge to be true, and if called upon to testify to the matters in this affidavit, I could and would competently do so:

1. I received the notification regarding my right to sue in respect of the personnel action denominated as Count One in Plaintiff's Proposed First Amended Complaint for Damages on October 18, 2007.

2. Exhibit 2 attached to Plaintiff's Opposition to the Motion to Dismiss Or, in the alternative for Summary Judgment is an excerpt at pages 55, 56 and 57 of the Agreement between Local 12, AFGE, AFL-CIO and the U.S. Department of Labor and it shows that the Plaintiff was eligible for detail in GS-14 and 15

1

positions if the detail lasted not more than 120 days. Furthermore, I am eligible

to apply for GS-14 and GS-15 positions under the delegated examination

process due to my Adjunct Professorship, university level teaching experience

in finance at the University of Virginia-Falls Church, Virginia Campus.

3.   Exhibit 3 attached to Plaintiff's Opposition to the Motion to Dismiss or, in the

alternative for Summary Judgment is a page taken from the web site of the

U.S. Office of Personnel Management describing the delegated examining

authority.

4.   Exhibit 4 attached to Plaintiff's Opposition to the Motion to Dismiss Or, in the

alternative for Summary Judgment is a copy of my application for

consideration for the position of Deputy Director position alleged in Count

Three of Plaintiff's Proposed First Amended Complaint for Damages

_____

Benoit Brookens

July 9, 2008

2

# EXHIBIT 2

ed reduction in
 at least 30 calendar
e has a right to
pond orally and/or
The notice will state
/s, by which the
e made. The notice
tled to representa-
clude the name and
ent/Chief Steward
 a notice of the
 12 of the nature of


 to review all
ion in grade or
ed or final action


iscrimination on
igin, age, or
oyee covered by
s Article through
it Systems Protec-
e shall be deemed
atter under either
 procedure at such
al with the MSPB.

lation on the basis
or disability in
l by this Article
ough the negoti-
gh the Equal
edure. An em-
ugh the EEO
ure may not
e procedure. The

employee shall be deemed to have elected the forum under which
he/she wishes to proceed at the time he/she files a grievance, an
appeal with the MSPB, or a formal EEO complaint.

## ARTICLE 18
## Merit Staffing

### Section 1. Introduction

The Department will adhere to all applicable Government-wide rules and
regulations and the provisions in this Article in the administration of
Merit Staffing. Moreover, the Department shall administer this Article in
accordance with DPR 335, dated April 28, 2004, as specified or except as
provided herein. Any future changes to this regulation will be handled in
accordance with Article 38. The purpose and intent of this Article are to
ensure that employees are given full and fair consideration and to ensure
selection from among the best-qualified candidates. The Department and
Local 12 also agree to fill positions in the bargaining unit on the basis of
merit in accordance with systematic and equitable procedures adopted
for this purpose.

### Section 2. Coverage

The following personnel actions are covered under competitive merit
staffing procedures:

a. Promotions other than those which are excepted in Section 3
   below;

b. Time-limited promotions for more than 120 days (prior service
   during the preceding 12 months under noncompetitive time-limited
   promotions and noncompetitive details to higher graded positions
   counts toward the 120-day total);

c. Details for more than 120 days to a higher grade position or to a
   position with higher promotion potential (prior service during the
   preceding 12 months under noncompetitive time-limited promo-
   tions and noncompetitive details to higher graded positions counts
   toward the 120-day total);

d. Selection for training which is part of an authorized training
   agreement, part of a promotion program, or required by a formal
   training program before an employee may be considered for
   promotion;

e.  Reassignment or demotion to a position with more promotion potential than a position previously held on a permanent basis in the competitive service (except as permitted under reduction-in-force);

f.  Transfer to a position at a higher grade or with more promotion potential than a position previously held on a permanent basis in the competitive service; and

g.  Reinstatement to a permanent or temporary position at a higher grade or with more promotion potential than a position previously held on a permanent basis in the competitive service.

## Section 3. Exclusions

Actions not specifically described as covered actions in Section 2 above are excluded from coverage including, but not limited to, the following:

a.  A promotion resulting from the upgrading of a position without significant change in the duties or responsibilities due to the issuance of a new classification standard or the correction of an initial classification error;

b.  A position change permitted by reduction-in-force regulations;

c.  A promotion without current competition of an employee who was appointed in the competitive service from a civil service register, by direct hire, by noncompetitive appointment or noncompetitive conversion, or under competitive procedures for an assignment intended to prepare the employee for the position being filled, (e.g., career ladder, trainee, and understudy positions, and conversions from various special appointing authorities (e.g., Career Intern Program, etc);

d.  A promotion resulting from an employee's position being reclassified at a higher grade because of additional duties and responsibilities;

e.  A temporary promotion, or detail to a higher-grade position or a position with known promotion potential, of 120 days or less;

f.  Promotion to a grade previously held on a permanent basis in the competitive service (or similar OPM-approved system) from which the employee was separated or demoted for other than performance or conduct reasons;

g.  Promotion, detail to a potential of held on a p OPM-appro or conduct

h.  Priority co ation in a c

i.  Appointme reinstateme the compet positions es

j.  A temporar tion was m might lead potential ca

k.  An appoint competitive

## Section 4. Vaca

Vacancy announc fair and open com U.S.C. 2301.

## Section 5. Inter

Selecting officials selection shall be viewed all availab The interview ma of the art technol items such as wo complete writing

## Section 6. Care

a.  A career lac the same li progress fr performanc promoted a level, and n

with more promotion
on a permanent basis in
:ted under reduction-in-

r with more promotion
on a permanent basis in

ary position at a higher
than a position previously
itive service.

ctions in Section 2 above
limited to, the following:

ng of a position without
nsibilities due to the
l or the correction of an

n-in-force regulations;

n of an employee who was
m a civil service register,
atment or noncompetitive
lures for an assignment
e position being filled,
udy positions, and conver-
athorities (e.g., Career

:e's position being reclassi-
nal duties and responsibili-

igher-grade position or a
al, of 120 days or less;

n a permanent basis in the
pproved system) from which
l for other than performance

g. Promotion, reassignment, demotion, transfer, reinstatement or
detail to a position having promotion potential no greater than the
potential of a position an employee currently holds or previously
held on a permanent basis in the competitive service (or similar
OPM-approved system) and did not lose because of performance
or conduct reasons;

h. Priority consideration of a candidate not given proper consider-
ation in a competitive promotion action;

i. Appointments of career SES appointees with competitive service
reinstatement eligibility to any position for which they qualify in
the competitive service at any grade or salary level, including
positions established under 5 CFR 319;

j. A temporary promotion made permanent if the temporary promo-
tion was made under competitive procedures and the fact that it
might lead to a permanent promotion was made known to all
potential candidates; and

k. An appointment from a certificate of eligibles resulting from a
competitive examination, e.g., delegated examining.

## Section 4. Vacancy Announcements

Vacancy announcements will be publicized in such a way as to ensure
fair and open competition in accordance with Merit Systems Principles, 5
U.S.C. 2301.

## Section 5. Interviews and Selections

Selecting officials have the right to select or not to select. However, no
selection shall be made unless and until the selecting official has inter-
viewed all available candidates on the certificate who are within the unit.
The interview may be done face-to-face, by telephone, or by other state
of the art technology as available. Candidates may be required to submit
items such as work products upon interview, or may be required to
complete writing samples, etc., during interviews.

## Section 6. Career Ladders in DOL

a. A career ladder is a series of positions of increasing difficulty in
the same line of work through which a group of employees may
progress from the entrance levels to the journey level of full
performance. They are all given grade-building experience and are
promoted as they demonstrate ability to perform at the next higher
level, and meet all eligibility requirements.

nd the U.S. Department of Labor

# EXHIBIT 3

# Chapter 1 – OPM and Agency Responsibilities

This chapter describes the responsibilities that are typically outlined in Interagency Delegated Examining Agreements between OPM and agencies.  This chapter contains the following sections:

| | |
|---|---|
| Section A | What is Delegated Examining Authority? |
| Section B | OPM Responsibilities |
| Section C | Agency Responsibilities |
| Section D | Delegated Examining Training Responsibilities |
| Section E | References |

## Section A - What is Delegated Examining Authority?

**What is delegated examining authority?**

Delegated examining authority is an authority OPM grants to agencies to fill competitive civil service jobs with:

- Applicants applying from outside the Federal workforce,
- Federal employees who do not have competitive service status, or
- Federal employees with competitive service status.

Appointments made by agencies through delegated examining authority are subject to civil service laws and regulations.  This is to ensure fair and open competition, recruitment from all segments of society, and selection on the basis of the applicants' competencies or knowledge, skills, and abilities (see 5 U.S.C. § 2301).

# EXHIBIT 4

# U.S. Department of Labor
# All Applicant Data Report

**Announcement Number:** ILAB 07-068DE
**Position Title:** Supervisory International Economist

**Name:** BENOIT BROOKENS, II
**SSN:** 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
**Address1:** 460 Taylor Street, NE
**Address2:** Apt. G-44
**City:** Washington,
**State:** DC
**Post Code:** 20017
**Plus4:**
**Phone:** 202/693-4868
**Email:** brookens-benoit@dol.gov
**United States Citizen:** Y
**Date of Birth:** Jan 1, 1900
**Veteran Preference:** NV
**Start of Service:**
**End of Service:**

## Core Questions

**1.** Are you a **veteran** who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just short of 3 years)?
**Answer:**
1. Yes

**2.** Are you a current Federal employee?
**Answer:**
1. Yes

**3.** Are you a current Federal employee serving under a **Veterans Recruitment Appointment (VRA)** authority?
**Answer:**
2. No

**4.** If you are a current Federal employee, by what agency are you employed?
**Answer:**
1. U.S. Department of Labor

**6.** If you are a current Federal employee, what is your duty station? [City, State] (Enter N/A if Not Applicable)
**Answer:** Washington, DC

**7.** If you are a Federal employee, under what type of appointment are you currently serving?
**Answer:**
1. Permanent-Career, competitive service

**8.** Are you a student appointee under the **Student Career Experience Program** who has completed all requirements for graduation and conversion under the SCEP appointing authority and is within the 120 day period for conversion to term, career or career-conditional appointment?
**Answer:**
2. No

**9.** If you are NOT currently serving in the **competitive service** as a **permanent career** or **career-conditional** Federal employee, are you eligible for reinstatement based on career or career-conditional Federal status in the competitive service?
**Answer:**
1. Yes

**10.** If you are, or ever were, a Federal civilian employee, please indicate pay plan of the highest grade

Exhibit
Page 2 of 21 Pages



position you held:
**Answer:**
12. FC

**12.** If you are, or ever were, a Federal civilian employee, please indicate the highest-grade level you held.
**Answer:**
4. 04

**13.** If you are, or ever were, a Federal civilian employee, please indicate the dates of the highest title, series, graded position you held (MM-YYYY to MM-YYYY or Present, or NA if Not Applicable):
**Answer:** 01/1990 to present

**14.** If you are, or were, a Federal employee who held a permanent position in the competitive service, what is the **highest full performance level** of that position?
**Answer:**
12. 12

**15.** May we contact your current supervisor for a reference?
**Answer:**
2. No

**16.** Does the Department of Labor employ any member of your family?
**Answer:**
2. No

**18.** If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the **Selective Service System?**
**Answer:**
3. Not Applicable

**19.** If you are a male at least 18 years of age, born after December 31, 1959 AND you have NOT registered with the **Selective Service System,** do you have an approved exemption?
**Answer:**
3. Not Applicable

**20.** Are you a retiree receiving a Federal annuity, either military or civilian?
**Answer:**
2. No

**21.** Have you accepted a buyout from a Federal agency within the past 5 years?
**Answer:**
2. No

**22.** Are you eligible for noncompetitive appointment under a Special Appointing Authority?
**Answer:**
2. No

**24.** Displaced employee information:
**Answer:**
3. I am not a displaced employee from a Federal Agency.

**25.** For DOL employees only, what is your bargaining union status?
**Answer:**
2. Local 12

**26.** The Department of Labor does not recognize academic degrees (including any coursework leading to a degree) from schools that are not accredited by an accrediting institution recognized by the Department of Education. Any applicant falsely claiming an academic degree from an accredited school will be subject to actions ranging from disqualification from federal employment to removal from federal service. Please check the appropriate box.
**Answer:**
1. I certify that my academic degree (or degrees) is from a college or university accredited by an accrediting institution recognized by the Department of Education.

**27.** Other employee consideration: I am an employee of the Department of Labor who has not been declared surplus or displaced, however, I have been notified in writing that I may be affected by reorganization, competitive sourcing, etc., AND I am requesting priority consideration under the Department of Labor's Career Transition Assistance Plan.
**Answer:**

Exhibit ___F4___
Page _2_ of _21_ Pages



2. No

**Assessment Questions**
What locations do you wish to apply to?
Washington DC Metro Area, DC

What Grades do you wish to apply to?
15

**Grade: 15**

1. To meet the Additional Qualifications Requirements for Economist, GS-15, select the option that best describes your experience background. Note: In addition to meeting the basic entry qualification requirements, applicants must have specialized experience and/or directly-related education.
**Answer:**
1. I have at least one year of work experience at a GS-14 level performing duties which demonstrates: (a) individual economic research assignments requiring planning, information assembly, analysis and evaluation, conclusions and report preparation; (b) supervisory or project coordination assignments involving a staff of professional economists, and requiring the evaluation and interpretation of economic information; or (c) teaching assignments in a college or university.

2. Where did you learn about this Department of Labor job opportunity? (check all that apply)
**Answer:**
10. Other

3. I understand submission of supporting documentation, e.g., transcripts, DD-214, SF-50, may be required for this position. I also understand that my application will not be considered if the required supporting documentation is not submitted or is not submitted in accordance with the time frames indicated in the announcement.
**Answer:**
1. Yes

4. Are you available for periodic travel throughout the United States and overseas?
**Answer:**
1. Yes

5. I have been responsible for taking a broad policy, directive or law, and translating it into program goals. I have tracked those goals during, and following, a project.
**Answer:**
1. True

6. Choose the one statement that best describes your experience developing and coordinating the organization's responses to legislative, regulatory or other proposals affecting assigned programs.
**Answer:**
2. I have performed this task as a regular part of my job, at the bureau (or equivalent) level. I performed this task independently and normally without review by a supervisor.

7. Select the one option that most accurately describes your ability to coordinate the evaluation and development of program performance and accountability methodologies as they relate to the Government Performance and Results Act (GPRA).
**Answer:**
4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.

8. Please indicate the statement that best describes your level of expertise in forecasting such things as the potential impact of new policies, program costs, and/or legislation.
**Answer:**
4. I have performed this task as a regular part of a job, independently and usually without review by supervisor, manager or senior employee.

9. Do you have applied experience with human capital policy analysis related to a larger Corporate or Governmental initiatives? This might include, but is not limited to, workforce planning, attrition analysis, retirement projections, or a budgetary analysis related to workforce needs. To answer yes, you must have at least six months experience.
**Answer:**
1. Yes

10. Choose the statement that best describes your experience with projects in direct support of the President's Management Agenda (PMA) or other organizational initiatives that involve similar areas of focus. The PMA involves government-wide initiatives including strategic management of human capital, competitive

Exhibit ___F4___

Page _4_ of _21_ Pages



sourcing, improved financial performance, expanded electronic government, and budget and performance integration.
**Answer:**
3. I have performed this task on the job, with close supervision from supervisor or senior employee.

**11.** Please select the statement that best describes your experience in conducting analysis of international economic policy.
**Answer:**
4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.

**12.** Do you have at least six months of experience conducting research related to foreign economics?
**Answer:**
1. Yes

**13.** Indicate those written products for which you have been responsible as a regular part of a job. To accurately choose each product, you must have completed - start to finish - at least three of them over the course of a year. Assisting on a product does not count, for purposes of this response, but coauthoring does.
**Answer:**
1. Issue/position papers or summary reports on organizational data that included analysis and recommendations
2. Brief responses to Departmental or Corporate inquiries on a wide range of policy matters
3. Policy statements and guidance to internal stakeholders
4. Budget support, justification impact and analysis
5. Guidelines or procedural instructions for implementing new initiatives or systems
7. Recommendations for solutions to policy or reporting problems
8. Correspondence that consolidates input from a number of different sources (including contradictory viewpoints)
9. Presentation or briefing materials
10. Briefings and testimony for Congressional hearings

**14.** Choose the statement(s), if any, that describe your experience with talking points for presentations.
**Answer:**
1. I have prepared talking points that have later been presented to others.
2. I have helped someone else to prepare talking points by completing research or editing their draft talking points.
3. I have delivered presentations, based on prepared talking points.

**15.** Do you have at least six months' experience editing documents, reports or publications?
**Answer:**
1. Yes

**16.** Choose the statement that best describes your experience managing contracts and/or grants.
**Answer:**
3. I have performed this task on the job, with close supervision from supervisor or senior employee.

**17.** Have you ever received a top performance rating (e.g., outstanding, exemplary) as a supervisor or manager? For purposes of this question, a supervisor is someone who has authority to hire, fire and evaluate employees. A manager is someone who has authority to hire, fire and evaluate those supervisors.
**Answer:**
1. Yes

**18.** Have you ever received a top performance rating (e.g., outstanding, exemplary) as a team leader? Team lead is a role similar to supervisor, but lacking the formal HR authority to hire, promote and discipline employees on the team.
**Answer:**
1. Yes

**19.** The following phrases describe different aspects of work related to technical assistance cooperative agreements and grants. Choose those that accurately describe your professional experience within the last ten years. Unless otherwise noted, the experience can pertain to any sector.
**Answer:**
15. My experience is not accurately described here

**20.** Choose the statement that best describes your experience researching and summarizing U.S. labor laws and regulations, within the past 10 years.
**Answer:**
5. This task has been a central or major part of my work. I have performed it myself routinely, and I have trained others in performance of this task and (or) others have consulted me as an expert for assistance in performing this task.

**21.** Choose the statement that best describes your experience researching and summarizing non-U.S. labor laws

Exhibit 14

Page 5 of 21 Pages



and regulations, within the past 10 years.
**Answer:**
4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.

22. Do you have at least six months of experience researching, or assisting in the development of policy with respect to the reduction or elimination of tariffs and other barriers of international trade?
**Answer:**
1. Yes

23. Do you have at least six months of experience researching, or managing projects related to, economic development in developing countries?
**Answer:**
1. Yes

24. Choose the statement that best describes your experience researching, analyzing and summarizing activities and positions related to the International Labor Organization (ILO)
**Answer:**
4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.

25. Choose the statement that best describes your experience researching, analyzing and summarizing activities and positions related to the World Trade Organization (WTO).
**Answer:**
4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.

26. Choose the statement that best describes your experience researching, analyzing and summarizing activities and positions related to the Organization for Economic Cooperation and Development (OECD).
**Answer:**
4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.

27. Have you participated in any meetings, conferences, or projects related to ILO, WTO, or OECD?
**Answer:**
1. Yes

28. Choose the statement that best describes your experience researching and summarizing U.S. labor trade-related international labor standards within the past 10 years.
**Answer:**
5. This task has been a central or major part of my work. I have performed it myself routinely, and I have trained others in performance of this task and (or) others have consulted me as an expert for assistance in performing this task.

29. Choose the statement that best describes your experience analyzing the labor provisions of recent Free Trade Agreements such as Chile, CAFTA, Oman, Bahrain, Jordan, Singapore, Australia, etc.
**Answer:**
2. I have had education or training in performing this task, but have not yet performed it on the job.

30. Have you completed at least one project, spanning a week or more, dealing with the Procedural Guidelines issued by DOL's Office of Trade and Labor Affairs regarding the acceptance and review of public submissions?
**Answer:**
2. No

31. Select each of the following organizations, offices, or groups with which you have work experience.
**Answer:**
1. World Trade Organization (WTO)
2. International Labor Organization (ILO)
3. Organization for Economic Cooperation and Development (OECD)
4. Bureau of International Labor Affairs (ILAB)
5. United States Trade Representative (USTR)
6. State Department
7. Trade Policy Review Group (TPRG)
8. Trade Policy Staff Committee (TPSC)
9. Other trade-related organizations or groups not listed here

32. Choose the statement that best describes your ability to read and understand Spanish in a business context, without the use of a dictionary.
**Answer:**
1. I can understand almost no written Spanish, in a business context.

Exhibit ___F4___

Page _6_ of _21_ Pages



33. Choose the statement that best describes your ability to speak Spanish in a business context, without the use of a dictionary.
**Answer:**
1. I can speak almost no Spanish, in a business context.

34. Choose the statement that best describes your ability to read and understand French in a business context, without the use of a dictionary.
**Answer:**
1. I can understand almost no written French, in a business context.

35. Choose the statement that best describes your ability to speak French in a business context, without the use of a dictionary.
**Answer:**
1. I can speak almost no French, in a business context.

36. Choose the statement that best describes your ability to read and understand Arabic in a business context, without the use of a dictionary.
**Answer:**
1. I can understand almost no written Arabic, in a business context.

37. Choose the statement that best describes your ability to speak Arabic in a business context, without the use of a dictionary.
**Answer:**
1. I can speak almost no Arabic, in a business context.


**Resume**
Benoit Brookens, II

460 Taylor Street, NE
Apt. G-44
Washington,, DC 20017
Day Phone: 202/693-4868
Email: brookens-benoit@dol.gov
Social Security Number: xxx-xx-6868
Country of citizenship: United States of America
Veterans' Preference: No
Highest Grade: GS-110-12, 01/1990-present
Contact Current Employer: No
AVAILABILITY
Job Type:
Permanent

Work Schedule:
Full Time

DESIRED LOCATIONS
US

WORK EXPERIENCE
U.S. Department of Labor
Washington,, DC
US
1/1990 - Present
Grade Level: GS-12
Salary: $80,000 USD Per Year
Hours per week: 40
International Economist, 110
Serve as a member of the inter-governmental Generalized System of Preference (GSP) Committee, U.S. trade delegations, and negotiating teams to assess the impact of trade agreements on the U.S. Labor force for industrial sectors. Sectors included automobiles, auto parts, satellites, supercomputers, and petrochemical. Represented the U.S. Department of Labor on trade delegations/trade policy committee which included negotiations with Japan, the European Community, the North American Free Trade Agreement (NAFTA) and the Latin American Free Trade Area of the Americas (FTAA). Served as a member of the trade sanctions (Section 301) Committee.

(1994) Detail, Program Officer (Information Officer GS-14, Acting Secretary, (Senior Executive Service, SES, Executive Level); National Administrative Office, (NAO) North American Free Trade Agreement (NAFTA)

Prepared comparative analysis of the labor side agreements for the U.S., Mexico, and Canada. Responsible for Public Information Officer duties, including disclosing sensitive hearing records to the public and for assuring compliance with provisions of the Freedom of Information (FOIA) statute.

Private Practice
Washington, D.C.

Exhibit   F4

Page  7  of  21  Pages



US
1/1980 - 1/1990
Hours per week: 40
Attorney/Economist/Professor
Private economic and regulatory practice, including consumer advocacy and trial practice, multi-unit residential development and condominium conversion, business and financial planning and international finance. Consultant, Export-Import Bank. Consumer Advocate, D.C. Public Service Commission. Won major housing public interest litigation and successfully settled one the nation's largest title VIII actions. Served as an Adjunct Professor Finance, University of Virginia--Falls Church Campus 1986-1990.

U.S. Department of State
Washington, D,C.
US
10/1973 - 3/1981
Grade Level: FS-4
Hours per week: 40
Foreign Service Officer, FS
Foreign Service Economic and Commercial Officer (Grade FS-4) 1979-1980

Program Officer for Economic and Social Affairs, Bureau of International Organizations (IO) U.S. National Commission for U.N.E.S.C.O. Richard Knobbe, Director

Analyzed U.S. positions for presentation in multilateral specialized agencies in the areas of economics, human rights, and social science programs. Coordinated with U.S. delegations and formulated instructions for U.S. Mission to U.N.E.S.C.O., Paris.

1977-79, U.S. Department of State
Special Assistant, Bureau of Oceans, International Environment, and Scientific Affairs, Ambassador, John D. Negroponte, Supervisor

Formulated, developed, and implemented programs in the oceans and living marine resources for multilateral fisheries including U.N. Food and Agricultural Organization (FAO). Served as the State Department representative on the Caribbean and Mid-Atlantic Regional Fisheries Commission. Member of negotiating team for commercial fishing treaties concerning the Virgin Islands, Cuba, African fisheries, and the Law of the Seas. Prepared legal and economic analyses for the 35 member division.

1975-77 U.S. Department of State, Assistant Commercial Attache, American Embassy, The Hague, Netherlands, Joseph Harrary, Supervisor

Prepared economic, commercial, and legislative analysis on 15 targeted sectors evaluating banking, financial, budgetary, export and micro-macro-economic effects. Supervised 4 professional staff at the Embassy, 2 senior commercial officers in Rotterdam and Amsterdam, and 20 travel trade specialists in the Visit America Information Center, Amsterdam. Chairman, Netherlands National Travel Trade Chamber of Commerce. Editor-in-Chief, U.S. Department of Commerce, Commercial Newsletter, Benelux and Northern European Edition.

Department of Commerce, 1974

(Inter-agency Detail) Legal Advisor Bureau of International Economic Policy, European Communities Staff; Assessed implications of European Companies Law requiring participation of labor unions of board of directors of companies;

Acting Director, Netherlands Affairs, Bobette K. Orr, Supervisor;
Oversaw U.S. commercial and trade policy for the Netherlands

Staff member, to design and automate World Trade Data Reports and Agent-Distributor Service

1973-74 U.S. Department of State
Financial Economist, Bureau of Economic and Business Affairs, (EB) Office of Investment Affairs, Moorhead Kennedy, Esq., Supervisor

Staffed the Cabinet level Expropriations Committee. Prepared legal opinions regarding the legality of expropriation of U.S. commercial interests abroad. Analyzed portfolio and direct investment policies of foreign governments and U.S. under reciprocal treatment treaties.

MBA Consultants, Inc.
New York City, NY
US
9/1971 - 10/1973
Hours per week: 20
Associate Director for Finance and Accounting
Began as staff financial consultant preparing financial and accounting statements and implementing and designing financial management systems. Promoted to head one of two major divisions supervising 20 consultants on 10 projects valued up to $5,000,000 including plant mergers, banking and cash flows, and a New York hospital multi-million dollar working capital/cash management system.

EDUCATION
George Washington University Law School

Exhibit F4
Page 8 of 21 Pages



Washington, DC
US
Professional
Major: Masters of Law in International Law (LLM)

Columbia University Law School
New York, NY
US
Professional
Major: (JD) International Law

Columbia University Graduate School of Business
New York, NY
US
Master's Degree
Relevant Coursework, Licensures and Certifications:
(MBA) International Finance; International Business

University of Wisconsin-Madision
Madison, WI
US
Bachelor's Degree
Major: International Economics/International Relations
Relevant Coursework, Licensures and Certifications:
(BA) Honors program

Netherlands National Economics (Erasmus) University
Rotterdam, Netherlands
Netherlands
Some College Coursework Completed
Relevant Coursework, Licensures and Certifications:
Doctoral studies in International Finance 1976-86

Columbia School of International Affairs
New York, NY
US
Some College Coursework Completed
Major: International Economics/ International Organizations
Relevant Coursework, Licensures and Certifications:
Additional studies in international economics/international organizations

LANGUAGES
Dutch
Spoken: Advanced
Written: Advanced
Read: Advanced

French
Spoken: Advanced
Written: Advanced
Read: Advanced

Spanish
Spoken: Intermediate
Written: Intermediate
Read: Intermediate

PROFESSIONAL PUBLICATIONS
Child Labor Report for Mozambique, 2006 Report, 2005 Findings on the Worst Forms of Child Labor, U.S.
Department of Labor, Government Printing Office, 2006;

Book Review "North American Free Trade: Issues and Recommendations"; Journal of Inter-American Studies and
World Affair, Volume 34, Number 2, Summer 1992;

Book Review "North America Without Borders? Integrating Canada, the United States, and Mexico;" Journal of
Inter-American Studies and World Affairs, Volume 35, Number 1, 1993;

"Diplomatic Protection of Foreign Economic Interests in the New International Economic Order" Journal of
Inter-American Studies and World Affairs, Spring 1978;

U.S. Department of Commerce, International Marketing Series 1976
The Netherlands Markets for "Scientific and Laboratory Equipment"; Industrial Maintenance Equipment; Health
Care and Hospital Equipment

REFERENCES
Benoit Brookens
U.S. Department of Labor

Exhibit _P4_
Page _9_ of _21_ Pages



International Economist
Phone Number: 202/693-4868
Email Address: brookens-Benoit@dol-gov
Reference Type: Professional


ADDITIONAL INFORMATION
Department of Labor Group Awards for establishing the National Administrative Office (NAO) for NAFTA and
Negotiating the Automotive Chapter, North American Free Trade Agreement (NAFTA);

Columbia University, International Fellow;
Columbia Law School, Hughes Fellow in Human Rights;
Columbia Journal of International Affairs, Associate for Business Affairs;
Sloan Foundation, COGME Fellow in International Financial Management;
Pi Sigma Alpha, National Political Science Honor Society, Secretary, Pi Chapter, University of Wisconsin-
Madison;
Honors Program, University of Wisconsin-Madison.

Exhibit __F4__
Page __10__ of __21__ Pages