UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENOIT BROOKENS,         )<br>                          )<br>        Plaintiff,         )<br>                          )<br>    v.                    )    Civil Action No. 08-0086 (ESH)<br>                          )<br>ELAINE L. CHAO,           )<br>Secretary, Department of Labor )<br>                          )<br>        Defendant.         )<br>                          ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Defendant Elaine L. Chao, Secretary, United States Department of Labor, respectfully responds to Plaintiff's motion to amend complaint, no. [10], as follows.  First, Plaintiff is correct that the Federal Rules of Civil Procedure permit Plaintiff to amend his complaint once as a matter of right, and accordingly, Defendant does not object to the motion.[1]

Second, the filing of an amended complaint means that Defendant is now entitled to file a renewed motion to dismiss the amended complaint.  Accordingly, counsel for the parties conferred via email regarding a new briefing schedule and Plaintiff's counsel consented to the following schedule:

- Defendant files its renewed motion to dismiss by July 25, 2008;

- Plaintiff files his opposition by August 15, 2008; and

- Defendant files any reply by September 3, 2008.

The schedule was designed to accomodate the respective schedules of counsel for the parties.  A

---

[1] It is worth noting, however, that nothing prevented counsel for Plaintiff from contacting undersigned counsel during regular business hours regarding his motion to amend.

proposed order is attached.

July 10, 2008                                              Respectfully submitted,

                                                           JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                           United States Attorney

                                                             /s/
                                                           ALAN BURCH, D.C. Bar # 470655
                                                           Assistant United States Attorney
                                                           555 4th St., N.W.
                                                           Washington, D.C. 20530
                                                           (202) 514-7204, alan.burch@usdoj.gov


OF COUNSEL:
Rolando Valdez
Office of the Solicitor
U.S. Department of Labor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENOIT BROOKENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, )<br>Secretary, Department of Labor )<br>)<br>Defendant. )<br>) | Civil Action No. 08-0086 (ESH) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Amend Complaint, no. [10], Defendant's Response thereto, and the entire record herein, it is hereby:

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, no. [5], is DENIED AS MOOT; and it is

FURTHER ORDERED that the parties will comply with the following schedule for the filing of Defendant's response to Plaintiff's Amended Complaint:

- Defendant files its renewed motion to dismiss by July 25, 2008;
- Plaintiff files his opposition by August 15, 2008; and
- Defendant files any reply by September 3, 2008.

So ordered this _____ day of July, 2008.

_____
ELLEN S. HUVELLE
United States District Judge